# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**52**
**CAF 11-01682**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, WHALEN, AND MARTOCHE, JJ.

---

IN THE MATTER OF ANNASTASIA C.
------------------------------------------
CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL             ORDER
SERVICES, PETITIONER-RESPONDENT;

RONNIE C., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

CARR SAGLIMBEN LLP, OLEAN (JAY D. CARR OF COUNSEL), FOR
RESPONDENT-APPELLANT.

STEPHEN J. RILEY, OLEAN, FOR PETITIONER-RESPONDENT.

SCHAVON R. MORGAN, ATTORNEY FOR THE CHILD, MACHIAS, FOR ANNASTASIA C.

---

Appeal from an order of the Family Court, Cattaraugus County (Larry M. Himelein, J.), entered July 7, 2011 in a proceeding pursuant to Social Services Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: February 1, 2013                Frances E. Cafarell
                                       Clerk of the Court